

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00341-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On July 9, 2022, the relator, the Texas Department of Family and Protective Services, filed an amended petition for writ of mandamus. On July 22, 2022, the relator filed a motion for partial dismissal of its amended petition. On July 26, 2022, the child's attorney ad litem filed a response to the amended petition.

The Department's motion for partial dismissal of its amended mandamus petition is GRANTED, and the part of the petition involving the trial court's July 5, 2022 order is DISMISSED. This court's stay of parts of the trial court's July 5, 2022 order is LIFTED.

We CONDITIONALLY GRANT the amended mandamus petition as to each of the following:

- Paragraph 3.1 in the "Progress Report Order" signed on June 27, 2022, providing "IT IS ORDERED that the child be placed on electronic monitoring through an ankle monitor for 60-Days from the date she is released from detention, for GPS tracking through Recovery Monitoring Services."

- Paragraph 3.2 in the "Progress Report Order" signed on June 27, 2022, providing "IT IS ORDERED that the cost for the ankle monitor is assessed against the Texas Department of Family and Protective Services. The Department is further tasked with preparing any paperwork or contracts that need to be negotiated to have the monitor to be attached to the child upon release from detention."

We ORDER the Honorable Mary Lou Alvarez to VACATE paragraphs 3.1 and 3.2 of her June 27, 2022 order, no later than fifteen days from the date of this order. The writ will issue only if we are notified that the Honorable Mary Lou Alvarez has not complied with this order.

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In the Interest of M.T.M.S., a child*, pending in the 131st Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order challenged in this proceeding.

It is so **ORDERED** on October 12, 2022.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.

Michael A. Cruz, Clerk of Court